```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


KATHY L. MASCOLA, et al        :
           (Plaintiff)         :
           V.                  :         Civil 04-3322 (WHW)
                               :              ORDER
SEARS, ROEBUCK & CO., INC.     :
           (Defendant)         :
                               :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received an Affidavit from the plaintiff,

It is on this 18th day of September 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.


                                    S/ William H. Walls
                                    _____
                                    WILLIAM H. WALLS
                                    United States District Judge